UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUSTIN SIEGERT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH MATCH NORTH AMERICA, LLC, and PHILIP MORRIS INTERNATIONAL INC.,<br><br>Defendants. | Case No. 3:25-cv-01606<br>Hon. Sarah F. Russell |

## NOTICE OF RELATED CASE

Plaintiff in the above-captioned action hereby gives notice of the related case, *Norris v. Philip Morris International, Inc.*, No. 24-cv-1267 (D. Conn.) (Bolden, J.).

Date: October 8, 2025                         Respectfully submitted,

/s/_____

Robert A. Izard, Jr.
Christopher M. Barrett
**IZARD, KINDALL & RAABE, LLP-CT**
29 South Main St., Suite 305
West Hartford, CT 06107
T: 860-493-6295
rizard@ikrlaw.com
cbarrett@ikrlaw.com

Kim E. Richman (to be admitted *Pro Hac Vice*)
**RICHMAN LAW & POLICY**
1 Bridge Street, Suite 83
Irvington, NY 10533
T: 914-693-2018
krichman@richmanlawpolicy.com

*Attorneys for Plaintiff Siegert and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on or around October 8, 2025, notice of the foregoing document was provided to counsel for Defendants via electronic mail.

/s/
Robert A. Izard, Jr.